**Max Lewin and Pauline Lewin Williams, appellants, v. Greenebaum Sons Bank & Trust Company et al., appellees. Gen. No. 34,270.**

 Heard in the first division of this court for the first district at the April term, 1930. Opinion filed November 3, 1930.

William A. Rogan, for appellants; William C. Burns and R. Hamlin Petty, of counsel. Poppenhusen, Johnston, Thompson & Cole, for cer-

tain appellees; Floyd E. Thompson and Henry Jackson Darby, of counsel. Sanders, Childs, Bobb & Wescott, for certain other appellee; William L. Bourland and Esther A. Dunshee, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.